UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAMON RICHARDSON PENA,                :      17 Civ. 01611 (AJN)
                                      :
                    Plaintiff,        :      **RULE 7.1 STATEMENT**
       -against-                      :
                                      :
MANHATTAN ORAL FACIAL SURGERY LLC,    :
ROBERT BODEY AND JANET BODEY,         :
                                      :
                    Defendants.       :
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Manhattan Oral Facial Surgery, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None

Dated: New York, New York
       May 8, 2017

                                **BAILEY DUQUETTE P.C.**

                                By: _____
                                    David I. Greenberger, Esq.
100 Broadway, 10th Floor
New York, NY 10005
T: (212) 658-1946
F: (866) 233-5869
Email: david@baileyduquette.com

**THE MAREK LAW FIRM, INC.**
David M. Marek, Esq.
228 Hamilton Avenue
Palo Alto, California 94301
T: (917) 721-5042
Email: david@marekfirm.com

*Attorneys for Defendants*