UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON RICHARDSON PENA,

                              Plaintiff,

    -against-

MANHATTAN ORAL FACIAL SURGERY LLC,
ROBERT BODEY and JANET BODEY

                       Defendant.

Docket No. 17-CV-01611

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that the undersigned attorney, Daniel Knox of Knox Law

Group, P.C., serving of counsel to Rapaport Law Firm, PLLC, hereby appears on behalf of the

Plaintiff in connection with the above-captioned action.  Please take further notice that all future

correspondence and litigation documents should be forwarded to the attention of the

undersigned.

Dated: New York, New York
       December 15, 2017

                                  **RAPAPORT LAW FIRM, PLLC**

                 By:     Daniel Knox
                                 Daniel Knox, Esq.
                                 *Of Counsel*
                                 *Attorneys for Plaintiff*

                                 Knox Law Group, P.C.
                                 One Penn Plaza, Suite 2430
                                 New York, New York 10019
                                 (212) 239-1114